Date of Arrest: **10/25**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Imeldo MARTINEZ-Jijon<br>AKA: Manuel HERNANDEZ-Cortez<br>098918481<br>YOB: 1981<br>Citizen of: Mexico<br>Defendant | Magistrate Case No. 16-1862MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a) Re-Entry After Deport |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about October 25, 2016, Defendant Imeldo MARTINEZ-Jijon, an alien, was found in the United States at or near Wellton, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of Paso Del Norte, Texas, Bridge on or about April 5, 2012. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_[signature]_

Signature of Complainant
Miguel Toledo
Border Patrol Agent

Sworn to before me and subscribed in my presence,

__October 27, 2016__    at    __Yuma, Arizona__
Date                                       City and State

__David K Duncan, United States Magistrate__ Judge
Name & Title of Judicial Officer              Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA,

Vs.

Imeldo MARTINEZ-Jijon
AKA: Manuel HERNANDEZ-Cortez
098918481

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about October 25, 2016, near Wellton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Nogales, Arizona on or about September 8, 2006. The Defendant was most recently removed on or about April 5, 2012, through the port of Paso Del Norte, Texas, Bridge.

Agents determined that on or about October 20, 2016, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

Sworn to before me and subscribed in my presence,

_____October 27, 2016_____
Date

_____
Signature of Complainant

_____
Signature of Judicial Officer